**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/3/23 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re:<br>Jason E. Lesko and Jennifer C. Lesko,<br>　　Debtor(s) | Bankruptcy No. 23-21285-JAD<br><br>Chapter 13 |
| Jason E. Lesko and Jennifer C. Lesko,<br>　　Movant(s)<br>　　　v.<br>NO RESPONDENT(S) | Document No. 12 |

## ORDER

AND NOW, to wit, this ___3rd___ day of ___July, 2023___, 2018, upon consideration of the within Motion for Extension of Time to Complete Bankruptcy Filing, it is hereby, ORDERED that the Motion is GRANTED and Debtor(s) have until July 10, 2023 to complete the deficiencies that remain for the indicated Petition. No further extensions shall be granted.

BY THE COURT

_____jsf_
Jeffery A. Deller, Judge United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21285-JAD |
| Jason E. Lesko | Chapter 13 |
| Jennifer C. Lesko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Lesko, Jennifer C. Lesko, 108 Janyce Drive, Greensburg, PA 15601-3946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023                     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Jason E. Lesko csacca@bononilaw.com<br>coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Jennifer C. Lesko csacca@bononilaw.com<br>coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Jul 03, 2023     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5