IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jason E. Lesko and Jennifer C. Lesko,<br>    Debtor(s) | Bankruptcy No. 23-21285-JAD |
| | Chapter 13 |
| Jason E. Lesko and Jennifer C. Lesko<br>    Movant(s)<br>           v.<br>Ally Financial, Americollect, Capital One, Chase Card Services, Comenity Bank, Credit One Bank, Discover Financial, First Premier Bank, Mr. Cooper, Portfolio Recovery Associates, LLC, Resurgent Capital Services, Synchrony Bank, Transworld Systems, Inc., Rushmore Loan Management Services, LLC, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Document No. |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO EXTEND STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 19, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 7, 2023. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: July 10, 2023

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741