# Earnings Statement

**ADP**

MENASHA PACKAGING COMPANY
1645 BERGSTROM ROAD
NEENAH, WI 54956

Period Beginning: 04/10/2023
Period Ending: 04/23/2023
Pay Date: 04/28/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$50 Extra Withholding

JASON LESKO
108 JANYCE DR
GREENSBURG PA 15601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4903.85 | 80.00 | 4,903.85 | 43,461.53 |
| Ltd | | | 9.88 | 79.04 |
| Success Shrg | | | | 267.55 |
| **Gross Pay** | | | **$4,913.73** | 43,808.12 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,305.12

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -701.54 | 6,566.61 |
| | Social Security Tax | -285.49 | 2,567.39 |
| | Medicare Tax | -66.77 | 600.44 |
| | PA State Income Tax | -141.20 | 1,269.84 |
| | Sewickley Tw Income Tax | -45.99 | 413.62 |
| | PA SUI Tax | -3.44 | 30.67 |
| | **Other** | | |
| | Accident | -9.46 | 75.68 |
| | Be98 401K | -294.23* | 1,563.36 |
| | Delta Dental | -23.10* | 184.80 |
| | Hsa Ee Contr | -69.57* | 486.99 |
| | Ltd | -9.88 | 79.04 |
| | Mychsa1500 | -213.11* | 1,704.88 |
| | Term Life | -36.84 | 294.72 |
| | Termlf Child | -0.84 | 6.72 |
| | Termlf Spouse | -3.77 | 30.16 |
| | Vision | -8.60* | 68.80 |
| | **Net Pay** | **$2,999.90** | |
| | Checking | -2,999.90 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 5.20 | 46.80 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 920-751-1000

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    0

© 2000 ADP, Inc.

MENASHA PACKAGING COMPANY
1645 BERGSTROM ROAD
NEENAH, WI 54956

Advice number: 00000170432
Pay date: 04/28/2023

**THIS IS NOT A CHECK**

**Deposited to the account of**
JASON LESKO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7786 | xxxx xxxx | $2,999.90 |

**NON-NEGOTIABLE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-21285 |
| | ) | |
| Jason E. Lesko and Jennifer C. Lesko | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| DEBTOR | ) | Document No._____ |
| | ) | |

## *PROOF OF INCOME*

This Proof of Income Statement is provided in lieu of Proof of Income provided by Local Rules.

I, Jennifer C. Lesko, aver that my approximate gross monthly income is $0.00. I am currently not employed.

I verify this statement under the penalties of perjury and it is made to the best of my knowledge and belief.

Date: July 10, 2023          */s/ Jennifer C. Lesko*