IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jason E. Lesko and Jennifer C. Lesko,<br>    Debtor(s)<br><br>Jason E. Lesko and Jennifer C. Lesko<br>    Movant(s)<br>              v.<br>Ally Financial, Americollect, Capital One, Chase Card Services, Comenity Bank, Credit One Bank, Discover Financial, First Premier Bank, Mr. Cooper, Portfolio Recovery Associates, LLC, Resurgent Capital Services, Synchrony Bank, Transworld Systems, Inc., Rushmore Loan Management Services, LLC, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 23-21285-JAD<br><br>Chapter 13<br><br>Document No. 8<br><br><br><br>**ENTERED BY DEFAULT** |

ORDER

AND NOW, this ____10th____ day of ____July____, 2023 upon consideration of Debtor's Motion to Extend Stay it is hereby ORDERED, ADJUDGED, and DECREED the Automatic Stay of 11 U.S.C. 362(a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. 362(c)1) or (c)(2), or a Motion for Relief is granted under Section 362(d), or until further Order of Court.

BY THE COURT:

*Carlota M. Böhm*

Carlota M. Böhm, Judge   **dmr**
United States Bankruptcy Court

FILED
7/10/23 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-21285-JAD |
|---|---|
| Jason E. Lesko | Chapter 13 |
| Jennifer C. Lesko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason E. Lesko, Jennifer C. Lesko, 108 Janyce Drive, Greensburg, PA 15601-3946 |
| 15610058 | | Mr. Cooper, PO Box 60516, Po Box 55004, City of Industry, CA 91716-0516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 11 2023 00:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15610050 | | Email/Text: ebn@americollect.com | Jul 11 2023 00:32:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15610049 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2023 00:31:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15610051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2023 00:33:08 | Cap One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15610053 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2023 00:32:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15610054 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2023 00:33:55 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15610055 | + | Email/Text: mrdiscen@discover.com | Jul 11 2023 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15610056 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 11 2023 00:33:56 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15610052 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2023 00:46:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15616963 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 11 2023 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15610057 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 11 2023 00:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15613031 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2023 00:33:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15610059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2023 00:33:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15611544 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2023 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 15617401 | + | Email/Text: ebnpeoples@grblaw.com | Jul 11 2023 00:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15611852 | | Email/Text: bnc-quantum@quantum3group.com | Jul 11 2023 00:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15610060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2023 00:33:30 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15610061 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2023 00:33:11 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15611359 | + | Email/Text: flyersprod.inbound@axisai.com | Jul 11 2023 00:32:00 | Rushmore loan Management Services, LLC, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 15610062 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 11 2023 00:33:10 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15610063 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 11 2023 00:32:00 | TSI/ Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr, Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Jason E. Lesko csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Jennifer C. Lesko csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Jeffrey Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf900 | Total Noticed: 23 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6